UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
MARTA HANYZKIEWICZ, on behalf of herself and
all others similarly situated,

                              Plaintiff,

Civil Action No:
1:22-cv-1666

  -v.-

OCEAN STATE JOB LOT, INC.,

                              Defendants.
------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** August 22, 2022

| For Plaintiff Marta Hanyzkiewicz | For Defendant Ocean State Job Lot, Inc. |
|---|---|
| *s/ Mark Rozenberg*<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: 201-282-6500<br>mrozenberg@steinsakslegal.com | *s/Jason Mattar*<br>Jason Mattar<br>Jackson Lewis, PC<br>44 S. Broadway ste 14th floor<br>White Plains, NY 10601<br>Ph: 914-872-6915<br>Jason.mattar@jacksonlewis.com |

SO ORDERED.

s/ WFK

Dated: August 22, 2022
      Brooklyn, New York

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE